Shaunak Sayta (SBN: 291129)
548 Market St. #40809
San Francisco, CA 94104
Tel: 415-905-0887
Fax: 516-340-2195
Email: shaunak@sayta.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHAUNAK SAYTA,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**BENNY MARTIN,**<br><br>   Defendant. | Case No.:  3:16-cv-3775<br><br>**COMPLAINT FOR MONEY DAMAGES AND DECLARATORY RELIEF** |

---

Case No.: 3:16-cv-3775
**COMPLAINT FOR MONEY DAMAGES AND DECLARATORY RELIEF**

## Parties

1. The Plaintiff, Shaunak Sayta (SHAUNAK SAYTA) is an individual and attorney admitted to the practice of law in India, and California. SHAUNAK SAYTA is domiciled in Mumbai, India. SHAUNAK SAYTA is a citizen and national of India.

2. The Defendant, Benny Martin (MARTIN), is an individual, and an attorney admitted to the practice of law in California, and resides in the Northern District of California.

## Personal Jurisdiction

3. This court has personal jurisdiction over MARTIN.

## Subject Matter Jurisdiction

4. This court has subject matter jurisdiction over this action by virtue of 28 USC §1331 (Federal Question Jurisdiction). This case involves an agreement that is void which contains a void arbitration clause. The Defendant is seeking to enforce it, and the Plaintiff submits that the arbitration clause, and consequently the arbitral tribunal has no jurisdiction. Accordingly, this court has jurisdiction further to 28 USC §1331, and 28 USC §1367

## Introduction

5. The Plaintiff, SHAUNAK SAYTA hired, a California attorney, Benny Martin (MARTIN) to represent him, for a lawsuit in San Francisco Superior Court, in August 2014.

---

Case No.:  3:16-cv-3775
**COMPLAINT FOR MONEY DAMAGES AND DECLARATORY RELIEF**
- 1 -

6. SHAUNAK SAYTA signed an agreement with MARTIN for the purpose of the representation. ("the Agreement").

7. The Agreement, contained an arbitration clause, which SHAUNAK SAYTA submits is void, under the Federal Arbitration Act. (Title 9 of the United States Code).

8. SHAUNAK SAYTA initiated this dispute by filing an arbitration proceeding before the State Bar of California, under the Mandatory Fee Arbitration scheme (§6200 et. al. of the Business and Professions Code). This proceeding was non-binding. The arbitration was conducted on May 19, 2016, in San Francisco, California. (Case #15-A-136).

9. The arbitrator, ruled and the award was mailed to SHAUNAK SAYTA on Jun 13, 2016.

10. The Plaintiff in the arbitration, SHAUNAK SAYTA hereby rejects the award, and requests a new trial.

11. The Defendant has already improperly initiated proceedings on the basis of a void private arbitration agreement, before JAMS and the Plaintiff seeks a declaration that the arbitration clause and the contract at **Exhibit 1**, are void.

**Cause of Action - I**
**(Breach of Contract)**

12. SHAUNAK SAYTA entered into the Agreement with MARTIN (**Exhibit 1**) for the rendition of legal services, the contents of **Exhibit 1**, are incorporated herein by reference.

13. The Agreement, by virtue of §6148(b) of the California Business and Professions Code, is voidable at the option of SHAUNAK SAYTA, which SHAUNAK SAYTA exercised the option to declare as void.

14. SHAUNAK SAYTA herein seeks a declaratory judgment under Title 9 of the United States Code (the Federal Arbitration Act) that the arbitration clause in the Agreement is void, for the reason that the Agreement is void by virtue of §6148(b) of the California Business and Professions Code.

15. SHAUNAK SAYTA seeks the return of money paid to MARTIN under the void contract in an amount of $11,036.87.

## Cause of Action - II
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

16. SHAUNAK SAYTA herein incorporates by reference the earlier paragraphs of this Complaint, and pleads the breach of this Cause of Action as a means of establishing Breach of Contract. (¶¶1-15).

17. MARTIN acted in bad faith by making untrue statements to SHAUNAK SAYTA in regard to the non-availability of electronic deposition transcripts, to directly increase the billing time.

18. MARTIN accordingly breached the contract with SHAUNAK SAYTA.

//

//

//

//

### Cause of Action - III
### (Common Count: Mistaken Receipt)

19. SHAUNAK SAYTA herein pleads the Common Count, as an alternative to the Cause of Action - I and II. SHAUNAK SAYTA incorporates by reference the earlier paragraphs of this Complaint. (¶¶1-18).

20. MARTIN received $11,036.87 in money of the property of SHAUNAK SAYTA, which is due to SHAUNAK SAYTA.

21. SHAUNAK SAYTA claims the return of the $11,036.87

### Cause of Action - IV
### (Unjust Enrichment)

22. SHAUNAK SAYTA herein incorporates by reference the earlier paragraphs of this Complaint. (¶¶1-21). SHAUNAK SAYTA pleads this cause of action in the alternative to Cause of Action - I, II and III.

23. SHAUNAK SAYTA claims the return of the $11,036.87.

### Cause of Action - V
### (Attorney Malpractice and Breach of Fiduciary Duty)

24. SHAUNAK SAYTA herein incorporates by reference the earlier paragraphs of this Complaint. (¶¶1-23)

25. MARTIN was hired by SHAUNAK SAYTA to render legal services, as the attorney of SHAUNAK SAYTA.

26. MARTIN represented SHAUNAK SAYTA as his attorney, in an unlawful detainer proceeding against the landlord of SHAUNAK SAYTA.

27. MARTIN owed SHAUNAK SAYTA a fiduciary duty of care to use such skill, prudence, and diligence as members of his or her profession commonly possess and exercise.

28. MARTIN violated §6068(e) of the California Business and Professions Code, MARTIN left the files of SHAUNAK SAYTA outside his apartment/office in open view, for anyone to pry into. MARTIN did not maintain inviolate the confidence, and at every peril to himself or herself to preserve the secrets, of SHAUNAK SAYTA.

29. MARTIN, by his actions in failing to keep client confidences inviolate, breached the fiduciary duty of care owed to SHAUNAK SAYTA.

30. MARTIN failed to timely respond to discovery requests, and in doing so incurred excessive time which MARTIN purports to charge SHAUNAK SAYTA for.

31. MARTIN failed to file a notice of unavailability with the court delineating time for which he was unavailable, resulting in an unnecessary motion to continue trial.

32. MARTIN charged SHAUNAK SAYTA for an unnecessary motion, caused by his own negligence.

33. MARTIN violated §6148 of the California Business and Professions Code, in as much as MARTIN failed to provide billing statements and itemizations of costs, as required on request by SHAUNAK SAYTA.

34. SHAUNAK SAYTA suffered actual, incidental and consequential damages as a result of the failures by MARTIN to perform his duty as required by law.

35. The injury to SHAUNAK SAYTA was directly and proximately caused by the breaches by MARTIN of his fiduciary duty of care, which he owed to SHAUNAK SAYTA.

36. SHAUNAK SAYTA accordingly seeks damages, compensatory, and punitive for the harm suffered. SHAUNAK SAYTA seeks costs, and prejudgment interest in accordance with law.

## Cause of Action - VI
## (Unlawful Business Practice)

37. SHAUNAK SAYTA herein incorporates by reference the earlier paragraphs of this Complaint. (¶¶1-36).

38. MARTIN has engaged in practices which constitute unlawful competition or unfair competition within the meaning of §17200 of the Business and Professions Code.

39. MARTIN has violated §6148 and §6068 of the Business and Professions Code, which support a claim under §17200 of the Business and Professions Code.

40. SHAUNAK SAYTA accordingly seeks statutory damages, costs, punitive damages, according to proof.

**WHEREFORE THE PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:**

1. Money judgment for damages, in regards to the money paid to MARTIN, in an amount of $11,036.87

2. Statutory damages for violations of the business and professions code, §17200

3. Prejudgment Interest, and costs for this suit, and punitive damages in accord with §17200 of the Business and Professions Code.

4.  Declaration, declaring that the Agreement including the arbitration clause in the Agreement, is void.

Plaintiff hereby respectfully demands a trial by jury in this action, for all issues so triable.

Respectfully submitted,

Dated: July 7, 2016

/s/Shaunak Sayta
Shaunak Sayta, Esq.
Plaintiff

---

Case No.: 3:16-cv-3775
**COMPLAINT FOR MONEY DAMAGES AND DECLARATORY RELIEF**
- 7 -

## JURY TRIAL DEMAND

Plaintiff hereby respectfully demands a trial by jury in this action, for all issues so triable.

                                              Respectfully submitted,

Dated: July 7, 2016

                                        /s/Shaunak Sayta
                                        Shaunak Sayta, Esq.
                                        Plaintiff