EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 257452 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Benjamin Martin | | |
| FIRM NAME: | | |
| STREET ADDRESS: 5900 Balcones Drive, Ste. 100 | | |
| CITY: Austin  STATE: TX  ZIP CODE: 78731 | | |
| TELEPHONE NO.: 510-408-9747  FAX NO.: | | |
| EMAIL ADDRESS: knowyourrightsinsf@gmail.com | | |
| ATTORNEY FOR (name): Judgment Creditor Benjamin Martin, in Pro Per | | |
| ☐ ATTORNEY FOR  ☑ ORIGINAL JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S. District Court, Northern District of California
MAILING ADDRESS:
CITY AND ZIP CODE: 450 Golden Gate Ave. San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF/PETITIONER: Sayta
DEFENDANT/RESPONDENT: Martin

CASE NUMBER: 3:16-cv-03775-LB

**WRIT OF**
☑ EXECUTION (Money Judgment)
☐ POSSESSION OF  ☐ Personal Property
☐ SALE            ☐ Real Property

☐ Limited Civil Case (including Small Claims)
☑ Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** San Francisco
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Benjamin Martin
   is the ☑ original judgment creditor ☐ assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   John Cowan
   100 Pine Street, Ste. 1250
   San Francisco, CA 94110

   ☐ Additional judgment debtors on next page

5. **Judgment entered** on (date): 09/26/2018
   (See type of judgment in item 22.)
6. ☐ Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. ☐ has not been requested.
   b. ☐ has been requested (see next page).
8. ☐ Joint debtor information on next page.

9. ☐ Writ of Possession/Writ of Sale information on next page.
10. ☐ This writ is issued on a sister-state judgment.

**For items 11–17, see form MC-012 and form MC-013-INFO.**

11. Total judgment (as entered or renewed)     $ 80,615.03
12. Costs after judgment (CCP 685.090)          $
13. Subtotal (add 11 and 12)                    $ 80,615.03
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $ 80,615.03
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ (per GC 70626(a)(l)) $
18. **Total amount due** (add 15, 16, and 17)   $ 80,615.03
19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . $ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . $ 0.00
20. ☐ The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Mark B. Busby

Date: 1/29/2024            Clerk, by _K. Gorman_ Karen Gorman, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | 3:16-cv-03775-LB |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*
   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized:  ☐ below   ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)
      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
         (a) The daily rental value on the date the complaint was filed was  $
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*